[No. 6338-1.   Division One.   April 30, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY CHARLES HIGH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 78244, Carolyn R. Dimmick, J., entered February 9, 1978. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Swanson, A.C.J., and James, J.

[No. 6385-1.   Division One.   April 30, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK RICHARD SMITH, ET AL, *Defendants*, BILL CHARLES WATFORD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 83504, Eugene G. Cushing, J., entered February 8, 1978. *Affirmed* by unpublished opinion per Farris, J., concurred in by Swanson, A.C.J., and Ringold, J.

[No. 6461-1.   Division One.   April 30, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 83089, Herbert M. Stephens, J., entered March 29, 1978. *Remanded* by unpublished opinion per Ringold, J., concurred in by Farris and James, JJ.